**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| VAMSIDHAR VURIMINDI, | : | No. 3 EM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PROTHONOTARY, COURT OF | : | |
| COMMON PLEAS PHILADELPHIA, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 24th day of February, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.

     Justice Eakin did not participate in the consideration or decision of this matter.